IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID LLOYD SHORE | CRIMINAL NO.  07-66 |

### ORDER

**AND NOW,** this 2nd day of November 2023, upon consideration of Defendant's *pro se* Motion for Compassionate Release [Doc. No. 32], the government's response [Doc. No. 34], and all subsequent briefings thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Mr. Shore's Motion for Compassionate Release is **DENIED without prejudice**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**